AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00534 |
| Andrew Quentin Taake | ) Assigned To : Faruqui, Zia M. |
| DOB: XXXXXX | ) Assign. Date : 7/21/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding,
18 U.S.C. §§ 111(a)(1) and (b) (Felony) - Assaulting, Resisting, or Impeding Certain Officers, 18 U.S.C. §§ 111(a)(1) and (b) (Felony) - Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. §§ 1752(a)(1), (2) and (4) - Entering or Remaining, Disorderly and Disruptive Conduct, and Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. §§ 5104(e)(2)(D)(E)(F) and (G) - Disorderly Conduct in a Capitol Building, Impeding Passage through and Act of Physical Violence in the Capitol Grounds or Buildings, Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Amy L. Avila, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/21/2021

*Judge's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*