AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )
| v. | )
| Andrew Quentin Taake | )

Case: 1:21-mj-00534
Assigned To : Faruqui, Zia M.
Assign. Date : 7/21/2021
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Andrew Quentin Taake__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding;
18 U.S.C. §§ 111(a)(1) and (b) (Felony) - Assaulting, Resisting, or Impeding Certain Officers; 18 U.S.C. §§ 111(a)(1) and (b) (Felony) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. §§ 1752(a)(1), (2) and (4) - Entering or Remaining, Disorderly and Disruptive Conduct, and Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. §§ 5104(e)(2)(D)(E)(F) and (G) - Disorderly Conduct in a Capitol Building, Impeding Passage through and Act of Physical Violence in the Capitol Grounds or Buildings, Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __07/21/2021__

2021.07.21 19:42:45 -04'00'

*Issuing officer's signature*

City and state:  __Washington, D.C.__   __Zia M. Faruqui, U.S. Magistrate Judge__
*Printed name and title*

---

**Return**

This warrant was received on *(date)* __7.23-21__, and the person was arrested on *(date)* __7.23.21__
at *(city and state)* __Houston, TEXAS__.

Date: __7.23.21__

*Arresting officer's signature*

__ELIOT SWAINSON__
*Printed name and title*

Print Form



**UNITED STATES MARSHAL SERVICE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**AGENT'S ARREST SHEET**

(713) 718-4808

**ARRESTING AGENTS MUST:**   DATE: 7/23/21   PAGE 1 OF 2
Fax this form, copy of the warrant, copy of the complaint and/or indictment to:
  Duty Magistrate Judge (713) 250-5055    US Attorney's Office (713) 718-3300
  U.S. Marshals Service (713) 718-4848    US Pretrial Services (713) 250-5666
Agents need to be present in court during the initial appearance and must bring a copy of the fingerprint card.
Prisoners must be processed and fingerprints submitted to the FBI prior to arrival.

Defendant's Name: ANDREW Quentin TAAKE
AKA's: ___
Race: ☐ B ☒ W ☐ A ☐ Other: ___
Sex: ☒ M ☐ F   Ht: 5   Wt: 10   Hair: BV   Eye: BL
Citizenship: United States   Place of Birth: TX
Scars/Marks/Tattoos/Missing body parts: Yes

USMS/FID#: ___
SSN#: ___
DOB#: ___
FBI#: 902526HC2
SID#: ___
SPN#: ___
ALIEN#: ___
TDCJ#: ___

Location of Arrest: Houston, TX
Address: 4411 Averill ST   City/State/ZIP: Houston, TX 77009   Telephone #: 832-967-4868
Date of Arrest: 7-23-21   Offense: 18:DC 1512, 111, 231, 1752   Original Offense: ___
Warrant/Court #: DC   Warrant Date: 7/21/21   Issued At: Washington DC

**FAMILY AND RELATIVES:**   Name   Address
Spouse or Wife-Maiden: ___
Father: WALLACE
Mother: Mari
Father: ___
Sisters: ___
Brothers: ___
Children: ___
Children: ___

Arresting agency: ___   Arresting officer(s): ___
Arresting officer's number's (including cell): ___

PAGE 2 OF 2

## AGENT'S ARREST SHEET

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
(713) 718-4808



Occupation: Self   Dates of Employment: __/__/__   Employer: _____

Address: _____   Contact Number: _____   Duties: _____

Military Service: (Organization) _____   Rating: _____   Length of Service: _____

Date of Entry: __/__/__   Date of Discharge: __/__/__

Type of Discharge: _____   Veterans Compensation: _____

Real Estate or Property Owned: _____   Bank Accounts: _____

Fraternal Organizations, memberships: _____

Vehicle: ____ License #: ____ State: ____ Year: ____ Registration: ____

Driver's license # 22511561   State: TX

Is the defendant a convicted sex offender? ☐Y ☒N

Is the defendant required to register as a sex offender: ☐Y ☒N : (if yes) Where _____

List any prior criminal records: Possession of Controlled Substance, intoxicated Assault, online solicititation of a minor

Known Gang Affiliations: _____

Remarks: _____

| | | |
|---|---|---|
| Are symptoms of TB present? ☐Y ☐N | Coughing up blood? ☐Y ☐N | |
| Night sweats or fever? ☐Y ☐N | Weight loss? ☐Y ☐N | Loss of appetite? ☐Y ☐N |
| Results of Previous TB Test? ☐Y ☐N | Date last TB test: _____ | |
| Is the defendant HIV positive? | ☐Y ☐N If yes, list the medications under remarks. | |
| Is the defendant in the U.S. illegally? | ☐Y ☐N If yes, was INS notified? | ☐Y ☐N |
| Was a detainer filed on defendant? | ☐Y ☐N If yes, by who & where? _____ | |
| Is the arrest a result of a HIDTA case? | ☐Y ☐N If yes, what squad/group & city? _____ | |
| Is the arrest a result of an OCDETF case? | ☐Y ☐N If yes, was original warrant executed? ☐Y ☐N | |
| Was defendant placed in a jail overnight? | ☐Y ☐N If yes, where? _____ | |

This document belongs to the US Marshals Service, Southern District of Texas, Houston division, if you have any questions please contact (713) 718-4808.

Rev. 12/06/2007