# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21–498-CJN |
| | : | |
| ANDREW QUENTIN TAAKE | : | |
| | : | |
| **Defendant** | : | |

_____

## PROPOSED ORDER OF THE COURT

This matter is before the Court on the defendant's Motion for Appropriate Relief. The Court having considered the Motion, being fully advised, it is this _____ day of _____, 2022

**ORDERED**, that the Motion be and the same is hereby **GRANTED;** and it is further,

**ORDERED,** that the Defendant be transferred to the D.C. Department of Corrections or a detention center closer to the District of Columbia.

_____
UNITED STATES JUDGE