UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ANDREW QUENTIN TAAKE, <br><br> *Defendant*. | Criminal Action No. 1:21-cr-00498 (CJN) |

## ORDER

This matter is before the Court on Defendant's Sealed Motion, ECF No. 27.

Accordingly, it is

**ORDERED** that Defendant's Sealed Motion for Leave to File Document Under Seal, ECF No. 27, is **GRANTED**. The Defendant's Supplemental Motion for Appropriate Relief, ECF No. 27-2, is deemed properly filed under seal. It is further

**ORDERED** that counsel for the government serve a copy of Defendant's Sealed Supplemental Motion for Appropriate Relief, ECF No. 27-2, on both the United States Marshals Service and the Federal Bureau of Prisons. And it is further

**ORDERED** that both the United States Marshals Service and the Federal Bureau of Prisons file responses to Defendant's Sealed Supplemental Motion for Appropriate Relief on or before July 19, 2022.

It is **SO ORDERED**.

DATE: July 7, 2022

_____
CARL J. NICHOLS
United States District Judge