UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDREW QUENTIN TAAKE,<br><br>*Defendant*. | Criminal Action No. 1:21-cr-00498 (CJN) |

## ORDER

This matter is before the Court on Defendant's Motion to Dismiss Count Two of the Superseding Indictment, ECF No. 29. Upon review of the Motion, its Supplement, ECF No. 31, and the Government's Responses, ECF Nos. 33 and 34, the Motion is granted for the reasons set forth in *United States v. Miller*, No. 21-cr-119 (CJN), --- F. Supp. 3d ---, 2022 WL 823070 (D.D.C. Mar. 7, 2022), and *United States v. Miller*, No. 21-cr-119 (CJN), --- F. Supp. 3d ---, 2022 WL 1718984 (D.D.C. May 27, 2022).

Accordingly, it is

**ORDERED** that Defendant's Motion to Dismiss Count Two of the Superseding Indictment is **GRANTED**.

DATE:  September 2, 2022

_____
CARL J. NICHOLS
United States District Judge

1