Use the Tab key to move from field to field on this form.

CO-290
Notice of Appeal Criminal
Rev. 3/88

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 21-cr-498 (CJN) |
| ) | |
| ANDEREW QUENTIN TAAKE ) | |

## NOTICE OF APPEAL

Name and address of appellant: United States of America

Name and address of appellant's attorney: Elizabeth H. Danello, Assistant US Attorney
Office of the US Attorney for DC
601 D Street, NW Room 6.232
Washington, DC 20253

Offense: 18 USC 231(a)(3); 18 USC 1512(c)(2), 2; 18 USC 111(a)(1),(b); 18 USC 1752(a)(1) , (2), (4), (b)(1)(A); 40 USC 5104(e)(2)(D), (E), (F), (G)

Concise statement of judgment or order, giving date, and any sentence:

Order, entered September 2, 2022, granting Defendant's Motion to Dismiss Count Two of the Superseding Indictment

Name and institution where now confined, if not on bail: Northern Neck Regional Jail, Warsaw, VA

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| September 30, 2022 | United States of America |
|---|---|
| DATE | APPELLANT |
| | Elizabeth H. Danello |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE ✔
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

| | | YES | NO |
|---|---|---|---|
| Does counsel wish to appear on appeal? | | ☐ | ☐ |
| Has counsel ordered transcripts? | | ☐ | ✔ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | ☐ | ✔ |