UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDREW QUENTIN TAAKE,<br><br>*Defendant*. | Criminal Action No. 1:21-cr-00498 (CJN) |

### ORDER

This matter is before the Court on Defendant's Sealed Motion, ECF No. 30. Accordingly, it is

**ORDERED** that the United States' Sealed Motion for Leave to File Under Seal, ECF No. 30, is **GRANTED**. The United States' Reply to Defendant's Supplemental Motion for Appropriate Relief, ECF No. 30-2, is deemed properly filed under seal.

It is **SO ORDERED**.

DATE: October 7, 2022

_____
CARL J. NICHOLS
United States District Judge

1