# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 21-cr-498 (CJN) |
| | ) | |
| **ANDREW QUENTIN TAAKE,** | ) | |
| Defendant. | ) | |

## WITHDRAWAL OF NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Elizabeth H. Danello is withdrawing her appearance in the above-captioned matter.

                                                  Respectfully submitted,

                                                  MATTHEW M. GRAVES
                                                  United States Attorney

                                                  _____/s/_____
                                                  ELIZABETH H. DANELLO
                                                  D.C. Bar #407606
                                                  Assistant United States Attorney
                                                  601 D Street, NW, Room 6.232
                                                  Washington, D.C. 20530
                                                  Elizabeth.Danello@usdoj.gov
                                                  (202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, this 11th day of October 2022, I have caused a copy of the foregoing Withdrawal of Notice of Appearance to be served via ECF on counsel of record.

/s/
ELIZABETH H. DANELLO
Assistant United States Attorney
