UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-498-CJN |
| v.  : | |
| : | |
| ANDREW QUENTIN TAAKE, : | |
| : | |
| Defendant. : | |

_____

GOVERNMENT'S NOTICE OF POSTION ON STAY PENDING APPEAL
_____

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and hereby notifies the Court as follows:

1. At the October 4, 2022 Status Conference, the Court ordered that on or before October 14, 2022 the United States set out its position on whether the trial on the remaining charges should proceed or be stayed pending the Interlocutory Appeal.

2. The United States has determined that it will not seek a stay on the remaining charges pending the Interlocutory Appeal.

3. The United States request that a trial date be set at the October 26, 2022 status conference.

                          Respectfully submitted,

                          MATTHEW M. GRAVES
                          United States Attorney
                          D.C. Bar No. 481052

By:    */s/ BARRY K. DISNEY*
        Barry K. Disney
        Trial Attorney - Detailee
        Kansas Bar No. 13284
        U.S. Attorney's Office for the District of Columbia
        601 D. Street, N.W.
        Washington, D.C. 20530
        202-305-4367 (office)
        202-924-4861 (cell)
        Barry.Disney@usdoj.gov