# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21–498-CJN |
| : | |
| ANDREW QUENTIN TAAKE : | |
| : | |
| Defendant : | |

_____

## ORDER

**UPON** consideration of Defendant's Unopposed Motion to Extend Time to File Reply Motion to Continue Status Conference and Exclusion of Time from Calculation Under the Speedy Trial Act, it is on this _____ day of _____, 2023 hereby:

**ORDERED,** that the motion is **GRANTED**; and it is further

**ORDERED,** that the defendant's reply to the Government's response to inquiries of the Court during the January 11, 2023 status conference presently due on or before February 24, 2023 be extended by 30 days; and it if further;

**ORDERED,** that the status conference scheduled for February 27, 2023 at 1:30 p.m. is hereby continued by 30 days to a date that is convenient to the Court and all parties, and that this time is excluded from the Speedy Trial calculation in this case.

_____
Judge, United States District Court