CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal Case No.: 21-cr-498 (CNJ) |
| | ) |
| ANDREW TAAKE, | ) |
| | ) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____ 12/12/23
Defendant

_____
Counsel for Defendant

I consent:

_Madison Mumma_
**Assistant United States attorney**

Approved:

_____   Date: 12/20/23

United States District Judge