### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21–498-CJN |
| | : | |
| ANDREW QUENTIN TAAKE | : | |
| | : | |
| **Defendant** | : | |

_____

## CONSENT MOTION TO EXTEND THE TIME FOR FILING SENTENCING MEMORANDUM

COMES NOW, the Defendant, Andrew Taake, by and through counsel, Nicholas G. Madiou and Brennan, McKenna & Lawlor, Chtd., and hereby moves this Honorable Court to extend the time for filing the sentencing memorandum in the above-captioned case, and in support thereof states as follows:

1. Per prior Order of Court, the Defendant's sentencing memorandum is to be filed on or before March 20, 2024.

2. The Defendant respectfully asks this Court to extend the filing deadline for the parties' sentencing memorandum to Friday, March 22, 2024.

3. Undersigned counsel has been in trial in the Superior Court for the District of Columbia in the matter of *United States v. Ricardo Glass* – case no: 2023 CF2 008122 since Thursday, March 14, 2024. Therefore, counsel is requesting additional time to complete the sentencing memorandum in this case.

1

4. This motion is unopposed. Undersigned counsel contacted Assistant United States Attorney Madison Mumma, and is authorized to state that the United States **consents** to this request.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court extend the deadline for the parties' sentencing memorandum in this case such that the parties' sentencing memorandum is due on or before Friday, March 22, 2024.

Respectfully submitted,

/s/
_____
Nicholas G. Madiou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Nicholas G. Madiou