UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | Case No. 21-cr-498 (CJN) |
|---|---|
| v. | |
| ANDREW TAAKE, | |
| Defendant. | |

### GOVERNMENT'S NOTICE OF FILING OF EXHIBIT LIST

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibits to be used by the government in the sentencing in this matter. The exhibits have been made available to the Court and defense counsel electronically.

| Sentencing Exhibit Number | File Name | Source | Length | Description |
|---|---|---|---|---|
| 1 | Exhibit 1.mp4 | MPD BWC | 30 sec. | Clip from the West Plaza at approximately 1:16 p.m. Taake sprays the police line with bear spray 00:15. |
| 2 | Exhibit 2.mov | Open-Source | 22 sec. | Clip of the same assault from Exhibit 1 but from a different angle. Taake is visible from 00:16–00:20. |
| 3 | Exhibit 3.mp4 | Open-Source | 41 sec. | Clip of the same assault from Exhibits 1 and 2 but from a different angle. The cloud of bear spray is visible from 00:13–00:16. |
| 4 | Exhibit 4.mp4 | Open-Source | 51 sec. | Clip from the West Plaza. Taake sprays officers with bear spray at 1:21 p.m. (00:05) and 1:22 p.m. (00:37). |
| 5 | Exhibit 5.mp4 | Open-Source | 31 sec. | Clip from the West Plaza at 1:30 p.m. Taake pushes a line of USCP officers with his bear spray and metal whip in his hands from 00:08–00:12. Taake then exits the frame of the video and sprays the line of officers with bear spray at 00:13. Time-synced Capitol CCTV footage confirms that Taake sprayed officers. |

| 6 | Exhibit 6.mp4 | Open-Source | 51 sec. | Clip from the West Plaza at approximately 2:00 p.m. It shows a large contingent of rioters surrounding a group of MPD reinforcements, intentionally preventing their forward progress. Taake is visible from 00:06–00:51. |
|---|---|---|---|---|
| 7 | Exhibit 7.mp4 | Open-Source | 16 sec. | Clip showing the officers from Exhibit 6 walking towards the Capitol building. Taake is visible beginning at 00:05. He follows the officers and brandishes his metal whip threateningly. |
| 8 | Exhibit 8.mp4 | BWC | 59 sec. | Clip from the West Plaza at approximately 2:02 p.m. In the clip, MPD Officer A.A. becomes locked in a physical struggle with rioters. Taake lunges at Officer A.A. with the metal whip at 00:41 and is visible until 00:43. Though difficult to see, the whip makes contact with Officer A.A.'s forearm at 00:42. |
| 9 | Exhibit 9.asf | U.S. Capitol CCTV | 1 min. 6 sec. | Clip showing the Northwest Courtyard on the Upper West Terrace at approximately 2:16 p.m. The Parliamentarian Door is on the left side of the Courtyard. At 00:10, the Parliamentarian Door is breached. At 00:26, Taake grabs the Door and holds it open for rioters, ushering them inside. At 00:36, several officers approach to resecure the door. At 00:40, Taake jumps over a railing and runs away from the police towards the camera. At 00:53, Taake waves the crowd on towards the building. |
| 10 | Exhibit 10.mp4 | Open-Source | 20 sec. | Clip near the Senate Wing Door at approximately 2:20 p.m. At 00:04, Taake enters the Capitol through the Door. Alarms are audible throughout the video. |
| 11 | Exhibit 11.mp4 | U.S. Capitol CCTV | 2 min. 45 sec. | Clip showing rioters confronting officers in a House Corridor at approximately 2:30 p.m. Taake is visible throughout the video. |
| 12 | Exhibit 12.pdf | Gateway Pundit Article | N/A | June 17, 2022 article from the Gateway Pundit website. Taake's letter is featured on pages 4–9. |
| 13 | Exhibit 13.pdf | DC DOC Disciplinary Report | N/A | Disciplinary Investigation Report charging Taake with fighting with another inmate on December 14, 2023 at the D.C. jail. |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     <u>/s/Madison Mumma</u>
       Madison Mumma
       Trial Attorney
       U.S. Department of Justice
       Criminal Division
       N.C. Bar No. 56546
       1301 New York Ave NW
       Washington, D.C. 20530
       madison.mumma@usdoj.gov
       202-913-4794