# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 21-cr-498-CJN |
| ANDREW QUENTION TAAKE | * |
| | * |
| Defendant. | * |

## UNOPPOSED MOTION TO CONTINUE SENTENCING AND EXTEND BRIEFING SCHEDULE

Defendant Andrew Taake, by and through counsel, Michael E. Lawlor, and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Continue Sentencing and Extend Briefing Schedule. In support of this Motion, counsel states as follows.

1. On April 24, 2024, Mr. Taake appeared before this Court for sentencing. The Court raised questions about the calculation of the applicable advisory guidelines range in this case, ordered supplemental briefing, and continued the sentencing hearing to May 23, 2024. The Court directed Mr. Taake to submit his supplemental sentencing brief by May 10, 2024. The Court also directed the Government to file its response by May 17, 2024. At this time, Mr. Taake respectfully requests that the Court continue the sentencing hearing and extend the briefing schedule.

1

2. On April 27, 2024, the undersigned counsel submitted a request for a transcript of the April 24 hearing using the Court's CJA eVoucher portal. Due to processing delays, the court reporter did not receive the request until May 8, 2024. The court reporter worked expeditiously to prepare the transcript. The undersigned counsel received the transcript on May 9, 2024. In order to prepare the supplemental sentencing brief, the undersigned counsel must review the transcript and discuss the matter with Mr. Taake. Accordingly, the undersigned counsel requires additional time to prepare the supplemental brief in this case. In order to accommodate the requested extended briefing schedule, the undersigned counsel also requests a brief continuance of the sentencing hearing.

3. The undersigned counsel has conferred with AUSA Madison Mumma, who has indicated that the Government does not oppose an extension of the briefing schedule and continuance of the sentencing hearing.

4. The undersigned counsel requests that this Court extend the deadline for filing the Defendant's supplemental brief through May 21, 2024 with the Government's response due by May 28, 2024. The parties have conferred and are available for a sentencing hearing on June 4 (all day); June 5 (late afternoon); and June 6 (afternoon). If these dates and times are not available for the Court, the parties will confer to propose additional dates for sentencing.

5. Accordingly, Mr. Taake respectfully requests that this Court continue the sentencing hearing in this matter and extend the schedule for supplemental briefing.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 10, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor