UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | 21-cr-498 (CJN) |
| | : | |
| **ANDREW TAAKE,** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED SECOND MOTION TO EXTEND DEADLINE TO
RESPOND TO DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM**

The United States, by and through the United States Attorney, moves for an additional continuance of its deadline to respond to the Defendant's Supplemental Sentencing Memorandum. ECF. No. 80. In support of this motion, the government states as follows:

1. On April 24, 2024, the parties appeared before this Court for sentencing. The Court raised an issue regarding the appropriate Guidelines range in this case, ordered supplemental briefing on the issue, and continued sentencing to May 23, 2024. The Court directed the Defendant to file his supplemental sentencing memorandum by May 10, 2024, and ordered the government to respond by May 17, 2024.

2. On May 10, 2024, the Defendant filed an unopposed motion to continue sentencing and extend the briefing schedule due to a delay in receiving the transcript from the May 23, 2024 hearing.

3. On May 13, 2024, the Court granted the Defendant's unopposed motion. The Court extended the Defendant's filing deadline to May 21, 2024 and the government's response deadline to May 28, 2024. And the Court continued sentencing to June 5, 2024 at 2:00 p.m.

4. The Defendant filed his Supplemental Sentencing Memorandum on May 23, 2024, two days after the May 21, 2024 deadline. *See* ECF. No. 80.

5. On May 24, 2024, the government moved to extend the deadline to file its response memorandum. *See* ECF No. 81.

6. On May 28, 2024, the court granted that motion, extending the government's deadline to May 30, 2024.

7. Though the government has worked diligently and has a draft response prepared, the undersigned's leadership has requested one additional day to review the government's filing. As such, the government requests that the Court extend the government's response deadline to May 31, 2024.

8. Defense counsel does not oppose this motion.

WHEREFORE, the Government respectfully requests that this Court grant its motion to extend the filing deadline for the government to file its response to the Defendant's Supplemental Sentencing Memorandum to May 31, 2024

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

        By: */s/ Madison H. Mumma*
        Madison H. Mumma
        Trial Attorney (Detailee)
        N.C. Bar No. 56546
        601 D. St NW
        Washington, DC 20001
        202-913-4794
        Madison.mumma@usdoj.gov