UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**ANDREW TAAKE,**<br><br>    **Defendant.** | **Case No. 21-cr-498 (CJN)** |

### GOVERNMENT'S NOTICE OF FILING OF VICTIM IMPACT STATEMENT

The United States hereby gives notice of the filing of the attached Victim Impact Statement from Metropolitan Department Police Officer Nathan Tate.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:    */s/Madison Mumma*
       Madison Mumma
       Trial Attorney
       U.S. Department of Justice
       Criminal Division
       N.C. Bar No. 56546
       1301 New York Ave NW
       Washington, D.C. 20530
       madison.mumma@usdoj.gov
       202-913-4794