Greetings to all!

My name is Nathan Tate. I am a 35-year-old Metropolitan police officer with four children whom I am the primary guardian over. I have been a police officer for a little over seven years now. On January 6, 2021, I was working on the Mountain Bike CDU unit 64 when I came in contact with an individual, Andrew Taake, (along with numerous individuals unbeknownst to me at the time) and I was: brutally attacked, pepper sprayed, gassed, threatened, and bear sprayed.

During the time of the January 6th domestic terrorist attack, the unit that I was assigned to was first to be called down to assist. The unit, along with myself, was instructed to enter from the rear of the Capitol building and walk down to help hold the line alongside the Capitol Police which were already situated. When I began to walk down the stairs, where the terrorist attack was brewing, all of the insurrectionists were gathered together chanting and moving as one people. I was struck with all forms of diverse emotions viewing the sea of people from the top of the building.

After entering, what I would call 'the ring of fire' (being surrounded on all sides by fiery individuals), we did our best to keep people back. At this time, they had begun to pull down the barriers and climb the scaffolds. As they chanted things like "back the blue", they began to throw all sorts of debris at us, the officers. I even remember an insurrectionist picking up a sign and passing it across the top of the assembly from left to right. Afterwards, I was pepper sprayed multiple times. When I re-entered the line, I witnessed another rioter becoming extremely irate, and he began to issue threats to the officers within this vicinity. As the rioter became more and more irate, he proceeded to assault me. Then I was sprayed with bear spray.

I was immediately blinded. It was the most pain I've ever experienced. It was like living death. It took my breath away. It left me entirely vulnerable. I didn't know where I was. I was reaching around for help from anyone. I made contact with people, but I didn't know if it was a rioter leading me back into the mob or a fellow officer. I eventually made my way back to the scaffolding, I hit my head on the scaffolding twice. At that point I crawled and laid on the steps, thinking that this might be it. I heard someone walk past me. I grabbed their leg and asked for help. They helped me to stand up, but I didn't know who it was so I didn't trust them. I forced my eyes open and held them open with my hands, at which point I was able to get up the stairs and into a safe area and take some time to recover. When I went back to the line, I was still having trouble seeing, but I couldn't not help the other officers still fighting to hold the line.

This is one of the hardest things that I have faced in my life. At times, it is extremely hard to sleep knowing that I could have been one of the officers that didn't make it home to see my family again. My family and friends were forced to see me on the news helping to defend the Capitol while it was under attack. They had no way of knowing if I was okay or if I was going to make it out alive. My children felt like they would never see me again; I, too, was plagued with those thoughts of not making it home and never seeing: my children, brothers, sisters, and friends again.

After it was all said and done that day, they sent us right back to work the next day without allowing us to properly deal with our emotions considering what we had just gone through. I wasn't able to process my personal emotions, feelings, and thoughts after being assaulted and put into a life-threatening position. I had to compress everything I had just experienced and immediately push forward. Now, having to write this statement, I am forced to relive the pain and agony of this dreadful situation.

When I discovered the impact this situation had on me, I went to therapy and thought I was getting over this. I was definitely wrong. As the years progress, my full understanding of what happened to me has only gotten clearer. My life and my family's life will never be the same as this situation has placed a lifelong scar on our lives.

  I only recently learned that it was the defendant who sprayed me with the bear spray. While I forgive him for what he did, I strongly believe he needs be held accountable for his actions. That's particularly the case given that he's refused to apologize or acknowledge what took place. To acknowledge that it was not me or any of my colleagues that forced him to do what he did that day. He came to the Capitol with multiple weapons. He was not there for peaceful protest. He was there to be violent. He should not be allowed to claim victimhood today.

Officer Nathan E. Tate
Sixth District
Patrol Services South
Metropolitan Police Department