## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21–498-CJN |
| | : | |
| ANDREW QUENTIN TAAKE | : | |
| | : | |
| Defendant | : | |

_____

## NOTICE OF APPEAL

Notice is hereby given that Andrew Quentin Taake, the Defendant in the above-captioned case, appeals to the United States Court of Appeals for the District of Columbia Circuit the judgment and sentence imposed on June 5, 2024 in this case. Mr. Taake is indigent and respectfully requests that the D.C. Circuit appoint a member of that Court's Criminal Justice Act panel to represent him on appeal.[1]

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
nlawlor@verizon.net

---

[1] The undersigned counsel was appointed to represent Mr. Taake before the District Court pursuant to the Criminal Justice Act. The undersigned counsel believes it would be appropriate for the D.C. Circuit to appoint new counsel to represent Mr. Taake on appeal.

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 18, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor