# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-3071**　　　　　　　　　　　　　　**September Term, 2024**

**1:21-cr-00498-CJN-1**

**Filed On: November 7, 2024**

United States of America,

    Appellant

  v.

Andrew Quentin Taake,

    Appellee

## O R D E R

Upon consideration of appellant's motion to withdraw motion for summary reversal and to dismiss appeal, it is

**ORDERED** that the motion be granted. The motion for summary reversal is deemed withdrawn, and this case is hereby dismissed.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Scott H. Atchue
Deputy Clerk